FILED
2006 Jun-27 AM 11:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **WANDA TISHAW,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| **v.** } | Case No. **4:06-CV-0882-RDP** |
| } | |
| **AMSOUTH BANCORPORATION,** } | |
| } | |
| **Defendant.** } | |

## ORDER

The court has before it the following motions: (1) Defendant's Motion to Dismiss, or, in the Alternative, Motion for Summary Judgment (Doc. # 4) filed May 30, 2006; (2) Plaintiff's Motion to Amend/Correct Complaint (Doc. # 8) filed June 20, 2006; and (3) Plaintiff's Rule 56(f) Motion to Continue Defendant's Motion for Summary Judgment (Doc. # 9) filed June 20, 2006.

Plaintiff's motion to amend her complaint is unopposed (*see* Doc. # 11), and is **GRANTED**. (Doc. # 8). The Plaintiff is **DIRECTED** to electronically file her First Amended Complaint. (Doc. # 8, Ex. A).

Although Defendant opposes Plaintiff's Rule 56(f) motion requesting additional time to conduct discovery before she is required to oppose Defendant's pending dispositive motion, the court finds that Plaintiff has presented good reasons why her motion should be granted. (Doc. # 9). Plaintiff's First Amended Complaint disposes of some of the claims addressed by Defendant's motion and, as to the remaining claims, Plaintiff has shown that Defendant's motion for summary judgment is premature given the lack of discovery conducted in this case to date. (Doc. # 9).

Accordingly, the court **GRANTS** Plaintiff's Rule 56(f) motion to continue. (Doc. # 9). Defendant's motion to dismiss, or in the alternative, motion for summary judgment is **DENIED**

**WITHOUT PREJUDICE**, to refiling at an appropriate later date.  (Doc. # 4).

    **DONE** and **ORDERED** this   27th   day of June, 2006.

                                            _____
                                            R. DAVID PROCTOR
                                            UNITED STATES DISTRICT JUDGE